**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED BATTRAM,<br><br>    Plaintiff,<br><br>  v.<br><br>TROJAN SYSTEMS, INC., a California corporation; THOMAS MARTIN, an individual, and DOES 1 through 10, inclusive,<br><br>    Defendants.<br>                                / | No. C 09-00690 WHA<br><br>**ORDER RE REQUEST TO CONTINUE DEADLINE FOR RESPONSIVE PLEADING** |

     The Court is in receipt of the stipulation to continue the date for defendants to file a responsive pleading. The filing does not state the current deadline (and the length of the continuance) nor the reasons for the delay, and thus the Court is unable to assess the reasonableness of the continuance. The request is **DENIED**, without prejudice to a further filing explaining the delay requested and showing good cause therefor.

     **IT IS SO ORDERED.**

Dated: April 3, 2009.

                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE